UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
    Plaintiff

    v.

Case No.   12-cr-15-01-SM

Felix Rodriguez,
    Defendant

O R D E R

Defendant Rodriquez has filed an Assented to Motion to Continue the final pretrial conference and trial for 90 days, which motion is granted (document no. 15).   Trial has been rescheduled for the month of September 2012.   Defendant Rodriquez shall file a waiver of speedy trial rights not later than June 18, 2012.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(A) and (B), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for September 7, 2012 at 11:00 a.m.

Jury selection will take place on September 18, 2012 at 9:30 a.m.

SO ORDERED.

Steven J. McAuliffe
U.S. District Judge

Dated:   June 12, 2012

cc: Michael Sheehan, Esq.
     Terry Ollila, AUSA
     U.S. Marshal
     U.S. Probation